## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                  **CRIMINAL NO. 1:16CR57**
                                   **(Judge Keeley)**

**JOSEPH RICHARD SLAMICK,**

       **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 42), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On December 9, 2016, the defendant, Joseph Richard Slamick ("Slamick"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count One of the Information. After Slamick stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Slamick's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Slamick was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 42), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On December 13, 2016, the magistrate judge entered an Amended Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 42) finding a factual basis for the plea and recommending that this Court accept Slamick's plea of guilty to Count One of the Information.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Slamick's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count One of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 42), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** as follows:

1.    The Probation Officer shall undertake a presentence investigation of Slamick and prepare a presentence report for the Court;

2.    The Government and Slamick are to provide their versions of the offense to the probation officer by **January 10, 2017**;

3.    The presentence report is to be disclosed to Slamick, defense counsel, and the United States on or before **March 10, 2017**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.    Counsel may file written objections to the presentence report on or before **March 24, 2017;**

5.    The Office of Probation shall submit the presentence report with addendum to the Court on or before **March 31, 2017**; and

6.    Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **March 31, 2017.**

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 42), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge continued Slamick on bond pursuant to the Order Setting Conditions of Release (dkt. no. 39) entered on December 9, 2016.

The Court will conduct the sentencing hearing for the defendant on **Monday, April 10, 2017,** at **10:30 A.M.**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: January 3, 2017

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE